```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sirius XM Radio Inc.,

                    Plaintiff,

-against-

Aura Multimedia Corporation et al.,

                    Defendants.

1:21-cv-06963 (GHW) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

The parties (or, if no defendants have appeared, only the plaintiff) shall appear for a Telephone Conference on Wednesday, November 3, 2021 at 11:00 a.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:      New York, New York
                October 25, 2021

_____
STEWART D. AARON
United States Magistrate Judge