UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/03/2021
```

Sirius XM Radio Inc.,

          Plaintiff,

-against-

Aura Multimedia Corporation et al.,

          Defendants.

1:21-cv-06963 (GHW) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference, for which only the Plaintiff appeared, it is hereby Ordered that, no later than November 10, 2021, Plaintiff shall seek Certificates of Default from the Clerk of Court.

**SO ORDERED.**

DATED:    New York, New York
               November 3, 2021

_____
STEWART D. AARON
United States Magistrate Judge