**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/16/2021
```

Sirius XM Radio Inc.,

                          Plaintiff,

         -against-

Aura Multimedia Corporation et al.,

                          Defendants.

1:21-cv-06963 (GHW) (SDA)

**ORDER FOR**
**TELEPHONE CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

The parties (or, if no defendants have appeared, only the plaintiff) shall appear for a Telephone Conference on Tuesday, November 30, 2021 at 10:00 a.m. to discuss the status of this action. Plaintiff shall be prepared to address efforts made to serve Defendant Clayton B. Burton, Jr. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:        New York, New York
              November 16, 2021

_____
STEWART D. AARON
United States Magistrate Judge