```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sirius XM Radio Inc.,

                Plaintiff,

-against-

Aura Multimedia Corporation et al.,

                Defendants.

1:21-cv-06963 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with Plaintiff, it is hereby Ordered as follows:

1. Good cause having been shown, the time for Plaintiff to serve defendant Clayton B. Burton, Jr. ("Burton") is extended until December 31, 2021. *See* Fed. R. Civ. P. 4(m).

2. No later than Friday, December 3, 2021, Plaintiff shall file its anticipated motion for alternative service upon defendant Burton.

**SO ORDERED.**

DATED:    New York, New York
               November 30, 2021

*/s/ Stewart D. Aaron*
STEWART D. AARON
United States Magistrate Judge