```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sirius XM Radio Inc.,

                              Plaintiff,

-against-

Aura Multimedia Corporation et al.,

                              Defendants.

1:21-cv-06963 (GHW) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

    The parties are directed to appear for a telephone conference on Friday, February 25, 2022 at 11:00 a.m to discuss the status of this action and the pending motions. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

    The Clerk of Court is respectfully requested to mail a copy of this Order to *pro se* Defendant Burton.

**SO ORDERED.**

Dated:    New York, New York
             February 11, 2022

                                                  _____
                                                  STEWART D. AARON
                                                  United States Magistrate Judge