```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2022
```

mwe.com

Monica Asher
Attorney at Law
masher@mwe.com
+1 212 547 5706

Application GRANTED. Th deadline for Plaintiff to respond to Defendant Burton's motion to dismiss (ECF No. 49) is extended *sine die*. The Court will set a new deadline during the February 25, 2022 telephone conference. The Clerk of Court is respectfully requested to mail a copy of this Order to *pro se* Defendant Burton. SO ORDERED.
Dated: February 14, 2022

February 14, 2022

Honorable Stewart D. Aaron
Magistrate Judge, U.S. District Court for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *Sirius XM Radio Inc. v. Aura Multimedia Corporation et al.*, Case No. 1:21-cv-06963

Dear Judge Aaron:

We are counsel to plaintiff Sirius XM Radio, Inc. ("SiriusXM").  On February 11, 2022, Your Honor issued an order scheduling a telephone conference for Friday, February 25, 2022 to "discuss the status of this action and the pending motions."  (D.E. 50.)  One of the pending motions is defendant Clayton B. Burton Jr.'s recently-filed motion to dismiss (D.E. 49).  SiriusXM's response to that motion is currently due on February 22, 2022, *i.e.*, before the scheduled conference.  SiriusXM respectfully requests that its deadline to respond to Mr. Burton's motion to dismiss be adjourned until after the February 25 telephone conference with the Court, either *sine die* with a date to be set at the conference, or to March 18, 2022.

Respectfully submitted,

Monica Asher

cc: Clayton B. Burton, Jr. (by email to claytonbburton@gmail.com)



One Vanderbilt Avenue   New York NY 10017-3852   Tel +1 212 547 5400   Fax +1 212 547 5444

*US practice conducted through McDermott Will & Emery LLP.*