UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sirius XM Radio Inc.,

                Plaintiff,

-against-

Aura Multimedia Corporation et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/2022

1:21-cv-06963 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with Plaintiff and Defendant Burton, it is hereby Ordered as follows:

1. No later than March 18, 2022, Defendant Burton shall file his motion to vacate the default entered against him[1] (*see* ECF No. 40) and Plaintiff shall respond to Defendant Burton's motion to dismiss (ECF No. 49).

2. No later than April 1, 2022, Plaintiff shall respond to Defendant Burton's motion to vacate the default and Defendant Burton shall file any reply in support of his motion to dismiss.

---

[1] As discussed during today's conference, Defendant Burton must include a sworn declaration setting forth the reasons for his delay in responding to the Complaint.

The Clerk of Court is respectfully requested to mail a copy of this Order to pro se Defendant Burton. In addition, a copy of this Order will be emailed to Defendant Burton by Chambers.

**SO ORDERED.**

Dated: New York, New York
February 25, 2022

*Stewart D. Aaron*
_____
STEWART D. AARON
United States Magistrate Judge