USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
SIRIUS XM RADIO INC., :
:
                              Plaintiff, :     1:21-cv-6963-GHW
:
       -v - :     <u>ORDER</u>
:
AURA MULTIMEDIA CORPORATION, AURA :
MULTIMEDIA TECHNOLOGIES CO., *and* :
CLAYTON B. BURTON JR. :
:
                            Defendants. :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    For the reasons stated on the record during the teleconference held on February 10, 2023, the motion for reconsideration filed by Defendant Burton on February 6, 2023, Dkt. No. 79, is denied.

    The Clerk of Court is directed to terminate the motion pending at Dkt. No. 79 and to mail a copy of this order to Mr. Burton.

    SO ORDERED.

Dated: February 10, 2023             _____
New York, New York                  GREGORY H. WOODS
                                                   United States District Judge