**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
SIRIUS XM RADIO INC.,

               Plaintiff,                          21 **CIVIL** 6963 (GHW)(SDA)

       -against-                                  **JUDGMENT**

AURA MULTIMEDIA CORPORATION, et al.,

               Defendants.
-------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 23, 2024, the Court ADOPTS the thorough and well-reasoned Report in its entirety. Judgment is entered for the Plaintiff and against the Defendants Aura Multimedia Corporation and Aura Multimedia Technologies Company LLC in the aggregate amount of: $259,299.21, with pre-judgment interest at the rate of nine percent per annum from July 8, 2020 through the date of judgment in the amount of $88,552.46, plus $500,050.00. Post-judgment interest shall accrue on the unpaid amount of the judgment at the rate established by 28 U.S.C. § 1961(a); accordingly, the case is closed.

**Dated:** New York, New York

     April 23, 2024

                                                                     **RUBY J. KRAJICK**
                                                                     **Clerk of Court**
                              **BY:**

                                                               **Deputy Clerk**